**Guy T. HELVERING, Commissioner, etc., Petitioner, v. NORTHERN PACIFIC RAILWAY COMPANY.**
### No. 10147.

Circuit Court of Appeals, Eighth Circuit.
Oct. 15, 1934.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

D. F. Lyons and M. L. Countryman, both of St. Paul, Minn., for respondent.

PER CURIAM.

Petition to review decision of Board of Tax Appeals docketed and dismissed on motion of petitioner, etc.

**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. NORTHERN PACIFIC RAILWAY COMPANY.**
### No. 10148.

Circuit Court of Appeals, Eighth Circuit.
Oct. 15, 1934.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

D. F. Lyons and M. L. Countryman, both of St. Paul, Minn., for respondent.

PER CURIAM.

Petition to review decision of Board of Tax Appeals docketed and dismissed on motion of petitioner, etc.

**Harry HENRY, Appellant, v. METROPOLITAN TRUST COMPANY, Girlie Strosnider and R. N. Strosnider, Appellees.**
### No. 7417.

Circuit Court of Appeals, Ninth Circuit.
Dec. 21, 1934.

I. Henry Harris, of Los Angeles, Cal., for appellant.

Frank S. Hutton, of Los Angeles, Cal., for appellee.

Before WILBUR and GARRECHT, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Upon motion of appellees, ordered appeal dismissed for failure of appellant to file record and docket cause; mandate forthwith.